■ In the Matter of JOSEPH HAYDEN et al., Respondents, v THOMAS TALLMAN, as Trustee of Village of Hamburg, et al., Appellants. (Appeal No. 1.) [773 NYS2d 324]—Appeals from a judgment of the Supreme Court, Erie County (Edward A. Rath, Jr., J.), entered November 15, 2002. The judgment declared, after a hearing, that the parcel at issue is a public park.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: We affirm for reasons stated in the decision at Supreme Court. We note, however, that petitioners were only required to establish their entitlement to the relief sought by a preponderance of the evidence and not, as respondents contend, by clear and convincing evidence. Present—Green, J.P., Hurlbutt, Gorski, Lawton and Hayes, JJ.

■ In the Matter of JOSEPH HAYDEN et al., Respondents, v THOMAS TALLMAN, as Trustee of Village of Hamburg, et al., Appellants. (Appeal No. 2.) [773 NYS2d 723]—Appeals from an order of the Supreme Court, Erie County (Edward A. Rath, Jr., J.), entered November 12, 2002. The order denied respondents' motion for leave to reopen and renew a hearing.

It is hereby ordered that said appeals be and the same hereby are unanimously dismissed without costs (*see* CPLR 5501 [a] [1]). Present—Green, J.P., Hurlbutt, Gorski, Lawton and Hayes, JJ.